# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1555
Lower Tribunal No. 2005-CF-009090-A-O

_____

BENJAMIN DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Michael J. Snure Judge.

December 5, 2025

PER CURIAM.

AFFIRMED. *See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Benjamin Davis, Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED